IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO.: 5:25-BK-01600-MJC |
| PATRICIA ANN GREGO, ) | CHAPTER 13 |
| ) | JUDGE MARK J CONWAY |
| DEBTOR. ) | |
| ) | |
| HSBC BANK USA, NATIONAL ASSOCIATION ) | |
| AS TRUSTEE FOR NOMURA HOME EQUITY ) | |
| LOAN TRUST, SERIES 2006-WF1 ASSET BACKED ) | |
| PASS-THROUGH CERTIFICATES, ) | |
| ) | |
| CREDITOR. ) | |
| ) | |
| PATRICIA ANN GREGO, DEBTOR, ) | |
| BRUCE VANDERHOFF JR, CO-DEBTOR, AND ) | |
| JACK N ZAHAROPOULOS, TRUSTEE, ) | |
| ) | |
| RESPONDENTS. ) | |

## ORDER

Upon consideration of a Certificate of Default by the Movant in accordance with the Stipulation of the parties approved by the Court on December 2, 2025, Doc. 45, it is hereby

**ORDERED** that the Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code; as amended by the Bankruptcy Code, is modified as to the premises **55 Spring Street, Shavertown, PA 18708** so as to allow HSBC Bank USA, National Association as Trustee for Nomura Home Equity Loan Trust, Series 2006-WF1 Asset Backed Pass-Through Certificates, or its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to,

a loan modification, short sale or deed-in-lieu of foreclosure; and it is further

**ORDERED** that the stay provided by Bankruptcy Rule 4001(a)(4) is hereby waived.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: March 4, 2026

2

Case 5:25-bk-01600-MJC    Doc 46    Filed 03/04/26    Entered 03/05/26 08:06:44    Desc
Main Document    Page 2 of 2